UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

MANUEL PAGUAY

                              **Plaintiff**

v.

                                                   **Index No.**
                                                   **22-cv-8766 (PAE)**

                                                   ~~**(PROPOSED)**~~
                                                   **JUDGMENT**

**JUNG MIN KIM, Individually, and**
**STAR LITE DELI NY LLC**

                              **Defendants.**
-----------------------------------------------------------------------x

        WHEREAS, an Acceptance of Offer of Judgment pursuant to Fed. R. Civ. P. 68 having been filed on November 21, 2022.

        It is, therefore, ORDERED, ADJUDGED AND DECREED: That judgment is entered in favor of Plaintiff Manuel Paguay and against Defendants Jung Min Kim and Star Lite Deli NY LLC, jointly and severally, in the amount of $15,000.00, inclusive of attorney's fees and costs, in full and final resolution of all of Plaintiff's claims in this Action.

Dated: New York, New York
           November 21, 2022

                                      So Ordered: _____
                                                           PAUL A. ENGELMAYER
                                                           United States District Judge