USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MANUEL PAGUAY,

                      Plaintiff,              **22-CV-8766 (PAE) (KHP)**

     -against-              **ORDER ADJOURNING INITIAL**
                                                                             **CASE MANAGEMENT**
                                                                        **CONFERENCE**

JUNG MIN KIM, Individually, and
STAR LITE DELI NY LLC,

                      Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Judgment filed on November 21, 2022 (doc. no 15) the Initial Case Management Conference currently scheduled for **January 12, 2023** is hereby adjourned *sine die*.

    SO ORDERED.

DATED:     New York, New York
               November 22, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge